WHITE v. GRAYSON. In re GRAYSON. (Circuit Court of Appeals, Ninth Circuit. February 1, 1915.) No. 2487. Appeal from the District Court of the United States for the Northern Division of the Western District of Washing-

ton. For opinion below, see 215 Fed. 449. Clay Allen, U. S. Atty., of Seattle, Wash., and G. P. Fishburne, Asst. U. S. Atty., of Tacoma, Wash., for appellant. Noah Shakespeare and Louis A. Merrick, both of Everett, Wash., for appellee.

PER CURIAM. Pursuant to stipulation of counsel, filed January 28, 1915, motion to dismiss appeal granted, and appeal dismissed.